No. 03–10135.  HOLSAPPLE v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 03–10138.  SHACKELFORD v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–10139.  RIDEAU v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 03–10146.  JOHNSON v. VINER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–10147.  JOHNSON ET AL. v. STRINGFELLOW ET AL. C. A. 5th Cir.  Certiorari denied.

No. 03–10148.  MARTIN v. CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 03–10150.  WARD v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–10151.  DYANDRIA M. v. ADMINISTRATION FOR CHILDREN'S SERVICES.  Ct. App. N. Y.  Certiorari denied.

No. 03–10152.  BYROM v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 03–10156.  DAVIS v. BUDGE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–10161.  MORALES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–10164.  RIVERA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 03–10165.  BROWN v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 03–10169.  TORRES v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL.  C. A. 3d Cir.  Certiorari denied.